IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:19CR47 |
| | § | Judge Crone |
| JAMES KENNETH FISHER, JR. (1) | § | |

## FACTUAL BASIS

The defendant, JAMES KENNETH FISHER, JR., hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant who is changing his plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. That the defendant and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to knowingly and intentionally possess with the intent to distribute and dispense at least 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

4. That the defendant knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That the defendant knew that the amount involved during the term of the conspiracy involved at least 500 grams or more of a mixture or substance containing a

detectable amount of methamphetamine or 50 grams of methamphetamine (actual). This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That during the time period of September 1, 2018, through on or about February 7, 2019, defendant's role in the conspiracy was to obtain methamphetamine and then distribute it to co-conspirators, including Amanda Garcia, Dustin Beck and other individuals in the Eastern District of Texas, in exchange for money.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 5/24/19

JAMES KENNETH FISHER, JR.
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 5/24/19

ROGER HAYNES
Attorney for the defendant